No. 03–5790. SMITH *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–5793. CRUZ *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5795. CARTWRIGHT *v.* PERSONS. Sup. Ct. Ala. Certiorari denied.

No. 03–5797. BEVERS *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5799. MILLER *v.* MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–5801. LYNCH *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 03–5819. WICKLINE *v.* MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5821. SHAVER *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5826. STILL *v.* MCLEMORE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5829. GILMORE *v.* AT&T CORP. C. A. 8th Cir. Certiorari denied.

No. 03–5830. MCMANUS *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5831. PAYTON *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–5835. HUNG LAM *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–5842. GOMEZ GUTIERREZ *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.